IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES J. GREENE,              ) | |
|                               ) | |
|     Plaintiff,            ) | |
|                               ) | CIVIL ACTION NO. |
|    v.                          ) | 2:15cv892-MHT |
|                               ) | (WO) |
| ALABAMA DEPARTMENT OF           ) | |
| PUBLIC HEALTH, d/b/a            ) | |
| Children's Health               ) | |
| Insurance Program,              ) | |
|                               ) | |
|     Defendant.            ) | |

OPINION

Pursuant to 42 U.S.C. § 2000e, plaintiff filed this lawsuit alleging employment discrimination and retaliation on the basis of gender. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 23rd day of February, 2017.**

                                             /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**