IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLES J. GREENE,              )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )      2:15cv892-MHT
                               )         (WO)
ALABAMA DEPARTMENT OF          )
PUBLIC HEALTH, d/b/a           )
Children's Health              )
Insurance Program,             )
                               )
     Defendant.                )
```

ORDER

Upon consideration of the opinion of the United

States Court of Appeals for the Eleventh Circuit

entered on November 3, 2017 (doc. no. 60), affirming

the judgment entered on February 23, 2017 (doc. no.

48), and the mandate of the United States Court of

Appeals for the Eleventh Circuit issued on December 4,

2017, and received in the office of the clerk of this

court on December 4, 2017 (doc. no. 61), it is the

ORDER, JUDGMENT, and DECREE of the court that the

judgment entered on February 23, 2017 (doc. no. 48) is

continued in full force and effect.

DONE, this the 22nd day of December, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE